```
                              FILED
                           AUG 2 0 2014
                        CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                       BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>GUADALUPE REBOLLEDO-ADAN,<br>    Defendant. | Case No. 14CR1008-GT<br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

GOOD CAUSE APPEARING AND PREVIOUS MOTION HAVING BEEN MADE, IT IS HEREBY ORDERED that the Sentencing Hearing in this case is continued to Friday, September 5, 2014 at 9:30 a.m..

SO ORDERED.

Date: 8/20/14

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE